IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:91CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES TYRONE SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that on or before June 4, 2012, both plaintiff and defendant shall file a brief setting forth the calculation that should be used in determining the quantity of cocaine base for which defendant should be held responsible.

DATED this 18th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court